IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Cr.No. CR 05 119T |
| | : | In violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(B) |
| v. | : | |
| | : | |
| KENNY BARNES | : | |

INDICTMENT

The Grand Jury Charges:

COUNT ONE

On or about August 26, 2005, in the District of Rhode Island, the defendant, KENNY BARNES, did knowingly and intentionally possess with intent to distribute 5 grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(B).

ROBERT CLARK CORRENTE
United States Attorney

Zechariah Chafee
Assistant U.S. Attorney

GERARD B. SULLIVAN
Assistant U.S. Attorney
Criminal Division Chief