RECEIVED
NOV 3 0 2005
US MARSHALS
RHODE ISLAND

# *UNITED STATES DISTRICT COURT*

*for the*
*District of Rhode Island*

***Case No. CR 05-119T***

***To:*** ***ACI***
***CRANSTON, RI***

YOU ARE HEREBY COMMANDED, to have the **body** of **KENNY BARNES**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **David L. Martin**, Magistrate Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **10:00 o'clock a.m.**, on the 1st day of **December, 2005**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

**I hereby certify and return that I ... before the court th... defendant on t... ordered.**

**Deputy U.S. ...**

WITNESS the Honorable **David L. Martin**

United States Magistrate Judge at Providence, RI
Dated: November 30, 2005.

David A. DiMarzio, Clerk

***By*** ______________________
***Martha Saucier - Deputy Clerk***

Arraignment

**One Exchange Terrace ◆ Federal Building and Courthouse ◆ Providence, Rhode Island ◆ 02903**