1083558

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

## *District of Rhode Island*

**UNITED STATES OF AMERICA**

v.

KENNY BARNES

**WARRANT FOR ARREST**

CASE NUMBER: CR 05-119T

RECEIVED
OCT 1 2005
U.S. MARSHALS SERVICE
DISTRICT OF R.I.

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest KENNY BARNES
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

DISTRIBUTION OF COCAINE

in violation of Title 21 United States Code, Section(s) 841(a)(1)&(b)(1)(B)

Martha Saucier
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

Martha Saucier
Signature of Issuing Officer

October 19, 2005, Providence
Date and Location

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at ACI on writ, returned to ACI | | |
| DATE RECEIVED 10/19/2005 | NAME AND TITLE OF ARRESTING OFFICER Charles Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER C Wyatt |
| DATE OF ARREST 12/01/2005 | | |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.