UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR No. 05-119 T

KENNY BARNES :

DEFENDANT'S MOTION FOR ISSUANCE OF A SUBPOENA DUCES TECUM

NOW comes the defendant, Kenny Barnes, and moves for the issuance of a subpoena duces tecum, pursuant to the authority of Fed. R. Crim. P. 17( c ), for the following records:

1. Records of all Rhode Island license and registration inquiries made by Patrolman George R. McCann on August 27 and 28, 2005.

2. Copies of all radio dispatch tapes, radio calls and other intra-departmental communications relating to Kenny Barnes on August 27 and 28, 2005.

3. Copies of all vehicle inventory search policies in effect with the Woonsocket, Rhode Island Police Department as of August 27, 2005.

4. Copies of all strip search and visual body cavity search policies in effect with the Woonsocket, Rhode Island Police Department as of August 27, 2005.

5. Copies of all written policies relating to the towing of vehicles after a suspect was arrested in effect with the Woonsocket, Rhode Island Police Department as of August 27, 2005.

KENNY BARNES,
BY HIS ATTORNEY,

EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
( 402 ) 528 - 4281

CERTIFICATION

I hereby certify that I hand-delivered a copy of the within to Zechariah Chafee, AUSA on the 23rd day of December, 2005.

______________________________