UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR No. 05-119T

KENNY BARNES :

MOTION TO CONTINUE

NOW comes the defendant, Kenny Barnes and moves that this Honorable Court to continue the trial of this matter until the Court's trial calendar for the month of March, 2006. In support of this motion, the defendant states that:

1. The defendant was arraigned on December 1, 2005.

2. The defendant has filed a motion to suppress which requires some additional investigation before the motion will be ready for hearing by the Court.

3. The defendant has filed a motion for issuance of a subpoena duces tecum which asks for production of documents that are relevant to the motion to suppress.

4. Defense counsel is scheduled to empanel a jury in the matter of United States v.John Conley, CR. No. 05-79S, on February 7, 2006 and is further scheduled to begin that trial on February 28, 2006 before Judge Smith.

Defense counsel has spoken to AUSA Zechariah Chafee, who indicates that he does not object to this motion.

KENNY BARNES,
BY HIS ATTORNEY,

EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
( 401 ) 528 - 4281

CERTIFICATION

I hereby certify that I hand-delivered a copy of the within to Zechariah Chafee, AUSA on the 4th day of January, 2006.