UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

        v.                      CR No. 05-119T

KENNY BARNES

**ORDER**

Upon motion of the defendant to continue the trial presently scheduled for January 17th, 2006, and with no objection by the government, and my having found that the ends of justice are served by the granting of such continuance and that they outweigh the best interests of the public and the defendant in a speedy trial, in that it will allow the parties to conduct the discovery and pretrial investigation required to fairly and adequately adjudicate this case, it is hereby

ORDERED

that the trial date in the case entitled, <u>United States v. Kenny Barnes,</u> CR No. 05-119T, is vacated, the case will be scheduled for empanelment on February 21st, 2006 and the time from the date of this order through February 21st, 2006, is excludable under 18 U.S.C. §§ 3161(h)(7) and (8)(A).

By Order

/s/ _____
Deputy Clerk

ENTER:

/s/ Ernest C. Torres
_____
Ernest C. Torres
Chief Judge
Date:          , 2006