UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

        v.                               CR No. 05-119-T

KENNY BARNES

## ORDER GRANTING DEFENDANT'S MOTION FOR ISSUANCE OF SUBPOENA DUCES TECUM

Defendant's motion for issuance of a subpoena duces tecum is hereby granted in the absence of an objection. The subpoena shall be returnable on February 14, 2006, prior to the hearing on the defendant's motion to suppress.

By Order

/s/ Deputy Clerk

ENTER:

/s/ Ernest C. Jones
Ernest C. Torres
Chief Judge

Date: Jan. 17, 2006