UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. CR No. 05-119-T

KENNY BARNES

**ORDER GRANTING DEFENDANT'S MOTION FOR ISSUANCE OF SUBPOENA DUCES TECUM**

Defendant's motion for issuance of a subpoena duces tecum is hereby granted in the absence of an objection. The subpoena shall be returnable on February 14, 2006, prior to the hearing on the defendant's motion to suppress.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge

Date: Jan. 17, 2006