IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR. NO. 05-119T |
| | : | |
| KENNY BARNES | : | |

**AMENDMENT OF GOVERNMENT'S MEMORANDUM IN SUPPORT OF IT'S OBJECTION OF DEFENDANT'S MOTION TO SUPPRESS**

The government withdraws its cite to U.S. v. Infante-Ruiz, 13 F.3d 498, 503 (1st. Cir. 1994). The government substitutes New York v. Belton, 453 U.S. 434 (1981).

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

Zechariah Chafee

ZECHARIAH CHAFEE
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of January, 2006 a copy of the within Amendment Of Government's Objection To Defendant's Motion To Suppress, was mailed by regular mail, postage prepaid, to the following:

Edward C. Roy, Esq.
Federal Defender's Office
10 Weybosset Street, Suite 300
Providence, RI 02903

Paula Hasey