# United States District Court

DISTRICT OF

Rhode Island

United States of America
V.

Kenny Barnes

**SUBPOENA IN A CRIMINAL CASE**

CASE NUMBER: 05-119T

TO:

Woonsocket Police Department
ATN: Records Department
242 Clinton Street
Woonsocket, RI 02895

[X] YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| United States District Court<br>Exchange Terrace<br>Providence, RI 02903 | Honorable Ernest C. Torres<br>Second Floor - Courtroom 3 |
| | DATE AND TIME<br>February 14, 2006<br>8:30 a.m. |

[X] YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

Any and all written documents such as policies and procedures maintained by the Woonsocket Police Department as well as of August 2005 concerning strip searches. Also, any policies and procedures relating to car inventory searches.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| (BY) DEPUTY CLERK Paulette J. Duke<br>Chief Deputy Clerk | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER

Edward C. Roy, AFD, Federal Public Defender Office, 10 Weybosset Street, Providence, RI 02903 (401) 528-4281

AO 89 (Rev. 7/95) Subpoena in a Criminal Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| RECEIVED BY SERVER | 1-23-06 | FEDERAL DEFENDER OFFICE 10 WEYBOSSET ST. #300 PROVIDENCE, RI |
| SERVED | 1-30-06 | WOONSOCKET POLICE DEPARTMENT 242 CLINTON ST WOONSOCKET, RI 02895 |

| | |
|---|---|
| SERVED ON (PRINT NAME) Lt. DAVID CREPEAU | FEES AND MILEAGE TENDERED TO WITNESS ☐ YES ☒ NO AMOUNT $ ____ |
| SERVED BY (PRINT NAME) DANIEL R FORTUER | TITLE INVESTIGATOR |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on 1-30-06 (Date)

Daniel R Fortier (Signature of Server)

FDO / 10 WEYBOSSET St. #300 PROVIDENCE, RI (Address of Server)

ADDITIONAL INFORMATION

Served in hand.

FILED

2006 JAN 31 P 4:18

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND