AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## *District of Rhode Island*

EXHIBIT AND WITNESS LIST

United States of America V. Kenny Barnes

CASE NUMBER: CR05-119T

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Ernest C. Torres | Zechariah Chafee | Edward C. Roy |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| February 14, 2006 | Angela Reynolds | Lucia Cristina Leyva |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 2/14/06 | | | W-1 Patrolman George McCann |
| | B | | X | | State of Rhode Island DMV Notice of Action |
| | | 2/14/06 | | | W-2 Daniel Turgeon |
| | C | | X | | Woonsocket Police Dept. Searching/Detention of Prisoners Protocol |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

include a notation as to the location of any exhibit not held with the case file or not available because of size.