# WOONSOCKET POLICE DEPARTMENT

## GENERAL ORDER

**DATE ISSUED:**
**22 May 2000**

**NUMBER:**
**GO 00-05**

# SEARCHING/DETENTION OF PRISONERS

## I. PURPOSE

To inform all personnel of the procedures used in the searching of prisoners, including custodial searches and strip searches.

## II. PROCEDURE:

### DETENTION/SEARCHES

1) All prisoners taken into custody by officers of the Woonsocket Police Department shall be searched for weapons for the safety of all personnel, and the suspect.
2) Once a search for weapons and contraband is completed on scene the suspect will be transported directly to the Police Station and brought in by the sallyport entrance. Juvenile suspects shall be walked in by the rear door. All prisoners will remain handcuffed until such time as two officers are present and the area is secure.
3) Once in the booking area the adult suspect shall be uncuffed only when at least 2 officers are present. The Officer-In-Charge, or his designee, shall oversee all searches and detention of prisoners.
4) All suspects shall be searched, booked and processed individually.
5) All prisoners shall be searched for contraband and weapons prior to being placed in the cellblock area.
6) During the pre-detention search all personal property shall be taken from the suspect, including money, cigarettes, lighters and matches, jewelry and any

other property on the suspects person. This property shall be accurately recorded, placed in clear plastic and sealed. The sealed bag will the be placed in a locker corresponding with the cell number of the suspect.

7) The cell that the suspect will be housed in shall be searched prior to locking the suspect in this cell.
8) The suspects shoes shall be taken from him and placed at the end of the cell block. Under no circumstances will the suspect retain his belt in the cell, regardless of his mental capacity or demeanor.
9) The Officer-In-Charge shall have full authority for use of all security devices within the cellblock area. Weapons shall be unloaded and secured prior to any officer entering the cellblock area.
10) No Civilian personnel will be allowed in the cellblock area when prisoners are present. A area for Attorney conference exists for this type of meeting.
11) Prisoners shall be monitored by security cameras immediately upon arrival in the cell block area and placement in a cell. The Officer-In-Charge will insure that the camera is on and in working order at the dispatch area.
12) In the case of special needs/suicidal prisoners, the Officer-In-Charge will insure periodic physical checks are completed at determined intervals.
13) In the event that the prisoner has received injuries from the arrest or other means the Officer-In-Charge shall determine if medical treatment is necessary. If medical treatment is necessary the prisoner shall be handcuffed and transported to the hospital by 2 officers and guarded there until his/her release from care. In the case of visible signs of injury the prisoner shall be transported to the hospital and a treatment form from the hospital shall be copied and made available to the Sheriff's of the court or intake officers at the ACI.

## STRIP SEARCHES

1) It is not the policy of the Woonsocket Police Department to strip search all prisoners.
2) All strip searches will be approved by the Officer-In-Charge and will be based on probable cause to believe that such a search will yield contraband, drugs or weapons.
3) The Officer-In-Charge will review the past record of the prisoner, as well as the information relayed to him by the arresting officer(s), prior to determining whether a strip search will be conducted.
4) 2 officers will perform a strip search. In the case of a male prisoner, 2 male officers will be present during the search. In the case of a female prisoner, a female officer/matron will perform the search. If a second female is not available a male officer will stand-by in close proximity, but out of sight, of the search.
5) All strip searches will be conducted in the prisoner shower area. These searches will be out of sight of any cameras, officers or other prisoners.
6) The following search plan shall be followed when conducting a strip search. The officer will examine:

a) All pockets
b) Run fingers over linings, seams, collars, cuffs, waistbands, and fly.
c) Shoes, insides soles and heels.
d) Socks, turning them inside-out.
e) False teeth, artificial limbs, plaster casts.
f) Prisoners will run their fingers through their hair. Officers will check for wigs or hair pieces.
g) Prisoners ears will be checks inside and out.
h) The officer will look inside the prisoners nose.
i) Prisoners will open their mouths, lift their tongues and roll each lip, for the officer's view.
j) Male prisoners will lift their penises and testicles on the officer's command to provide clear view of the groin area. Females shall remove any tampons and open their genitalia for clear view.
k) Prisoners will lift their feet so that the officer can clearly see between the toes and the soles.
l) Prisoners will be required to bend over and spread the rectum to provide a clear view of the area.

## VI. CONCLUSION

This directive is for departmental use only and does not apply in any criminal or civil proceeding, The department policy should not be construed as a creation of higher legal standard of safety or care in an evidentiary sense with respect to third party claims. Violations of this directive will only form the basis for departmental administrative sanctions.

This "Search" policy rescinds any and all previously issued Woonsocket Police memorandums, orders, or any other written or said policies concerning searches

By Order of Chief of Police Herve B. Landreville

Herve B. Landreville

# Woonsocket Police Department

242 Clinton Street • Woonsocket, Rhode Island 02895-3276
401-766-1212 • Fax 401-766-8897 • Emergency 401-769-1111


## OFFICE OF THE CHIEF
## HERVE B. LANDREVILLE

### ADDENDUM TO GENERAL ORDER GO 00-05
### SEARCHING/DETENTION OF PRISONERS POLICY

The following is an addendum to the General Order relating to Searching/Detention of prisoners policy.

Under section II (Procedure), sub-section 9, delete unloaded. All weapons will be secured in the gun lockers, but do not need to be unloaded.

Per Order,

Herve B. Landreville
Chief of Police
13 July, 2000