**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR05-119T** |
| | ) | |
| **KENNY BARNES** | ) | |

---

## MOTION TO CONTINUE

Now comes Kenny Barnes, the Defendant in the above captioned matter, by and through his counsel, and moves this Honorable Court to continue the trial empanelment and other proceedings in this matter for thirty (30) days or to the Court's July calendar. In support of this motion, counsel states that a motion to suppress is pending in this matter and once the issue has been decided, counsel will need an opportunity to discuss the Court's decision with the Defendant.

Mr. Barnes understands that the time requested would be excludable under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8). Assistant United States Attorney, Zechariah Chafee has no objection to this continuance.

Respectfully Submitted
Kenny Barnes,
By and through his counsel

Edward C. Roy
Assistant Federal Defender

Certification

I hereby certify that I caused this motion to be delivered to AUSA Zechariah Chafee, 50 Kennedy Plaza, 8th Floor, Providence 02903 on this the 18th day of May 2006.