IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR. NO. 05-119T |
| | : | |
| KENNY BARNES | : | |

**GOVERNMENT'S MOTION FOR A CONTINUANCE OF JURY SELECTION**

Now comes the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Zechariah Chafee, Assistant United States Attorney, and hereby makes motion for a continuance of jury selection now scheduled for June 13, 2006 for 30 days for the reasons set forth in the accompanying memorandum of law.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

ZECHARIAH CHAFEE
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of ~~January~~ June, 2006 a copy of the within Government's Objection To Defendant's Motion To Continue Jury Selection, was mailed by regular mail, postage prepaid, to the following:

Edward C. Roy, Esq.
Federal Defender's Office
10 Weybosset Street, Suite 300
Providence, RI 02903

[signature]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
v. : CR. NO. 05-119T
:
KENNY BARNES :

GOVERNMENT'S MEMORANDUM IN SUPPORT OF ITS MOTION FOR A CONTINUANCE OF JURY SELECTION

On Thursday, June 8, 2006 in the early afternoon the government received a fax of the Court's decision and ruling granting the defendant's suppression motion in the instant case. The court suppresses from evidence at trial the cocaine base which is the basis for the only charge in this indictment. Jury selection for trial of this case is scheduled for June 13, 2006, this coming Tuesday. The government seeks a continuance of that selection for a month.

The government needs that time to confer with the attorneys of the Department of Justice regarding a possible appeal . According to DOJ policy, attorneys at Main Justice review the transcripts of Court proceedings and the pleadings in the case in order to make a decision on an appeal. The government has already left a telephone message with Angela Reynolds voice message recorder regarding an order of the hearing transcript.

This continuance serves the interest of justice. Also there are more than 30 days left before the expiration of the speedy trial time allotment.

Respectfully submitted

UNITED STATES OF AMERICA
By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

ZECHARIAH CHAFEE
Assistant U.S. Attorney

CERTIFICATION OF SERVICE

I hereby certify that on this 8th day of June, 2006 a copy of the within Government's Memorandum in Support Of Motion for a Continuance of Jury Selection was mailed by regular mail, postage pre-paid to:

Edward C. Roy, Esq.
Federal Defender's Office
10 Weybosset Street, Suite 300
Providence, RI 02903