UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR05-119T |
| | ) | |
| KENNY BARNES | ) | |

---

**MOTION TO SET BAIL**

Now comes Kenny Barnes, the Defendant in the above captioned matter, and moves to set reasonable terms of release in this matter, in consideration of the fact that the Court has entered and Order suppressing the cocaine base which was seized from the Defendant by Woonsocket Police.

Respectfully Submitted
Kenny Barnes,
By and through his counsel

Edward C. Roy
Assistant Federal Defender

Certification

I hereby certify that I caused this motion to be delivered to AUSA Zechariah Chafee, 50 Kennedy Plaza, 8th Floor, Providence 02903 on this the 20th day of June 2006.