UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 05-119-T |
| | ) | |
| KENNY BARNES, | ) | |
| Defendant. | ) | |

NOTICE OF APPEAL

The United States of America hereby appeals to the United States Court of Appeals for the First Circuit from a June 8, 2006 Memorandum and Order of the district court (Torres, C.J.) suppressing approximately 34.79 grams of crack cocaine to be used in the trial against defendant Kenny Barnes.

Respectfully submitted,

UNITED STATES OF AMERICA,

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

Donald C. Lockhart

DONALD C. LOCKHART
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 30th of June, 2006, I served a copy of this response, by first-class mail, postage prepaid to:

Edward C. Roy, Esq.
Federal Defender's Office
10 Weybosset Street, Suite 300
Providence, RI 02903

Paul C. H[illegible]
__________________________