UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 05-119-T |
| | ) | |
| KENNY BARNES, | ) | |
| Defendant. | ) | |

## CERTIFICATION

The government has filed a notice of appeal from a June 8, 2006 Memorandum and Order of the district court (Torres, C.J.) suppressing approximately 34.79 grams of crack cocaine to be used in the trial against defendant Kenny Barnes. Pursuant to 18 U.S.C. § 3731, the United States Attorney hereby certifies to the district court that the appeal is not taken for the purpose of delay and that the evidence is a substantial proof of a fact material in the proceeding.

Respectfully submitted,

Robert Clark Corrente by D.C.L.

ROBERT CLARK CORRENTE
United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 30th of June, 2006, I served a copy of this response, by first-class mail, postage prepaid to:

Edward C. Roy, Esq.
Federal Defender's Office
10 Weybosset Street, Suite 300
Providence, RI 02903

______________________