UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 05-119-T |
| | ) | |
| KENNY BARNES, | ) | |
| Defendant. | ) | |

GOVERNMENT'S MOTION TO SUPPLEMENT THE RECORD

For the reasons stated in the accompanying memorandum of law, the government moves the Court to supplement the record, to include the supplemental memorandum that the government filed on February 23, 2006.

Respectfully submitted,

UNITED STATES OF AMERICA,

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

DONALD C. LOCKHART
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 19th of July, 2006, I served a copy of this objection, by first-class mail, postage prepaid to:

Edward C. Roy, Esq.
Federal Defender's Office
10 Weybosset Street, Suite 300
Providence, RI 02903

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 05-119-T |
| | ) | |
| KENNY BARNES, | ) | |
| Defendant. | ) | |

MEMORANDUM IN SUPPORT OF
GOVERNMENT'S MOTION TO SUPPLEMENT THE RECORD

At the February 14, 2006 suppression hearing this Court ordered the parties to file supplemental memoranda. The defense filed its memorandum on February 22, 2006. The government filed its memorandum on February 23, 2006. The defense memorandum was docketed by the Court. (Docket entry no. 21.) The government memorandum, however, was not docketed. Pursuant to Fed. R. App. P. 10(e), the government moves the Court to docket the government's supplemental memorandum and to include that filing with the other materials that will be transmitted to the First Circuit, in order to facilitate the First Circuit's review of the government's appeal in this case.

The record includes all "original papers and exhibits filed in the district court" and the "transcript of proceedings, if any." Fed. R. App. P. 10(a). If any of these items is omitted from the record, Federal Rule of Appellate Procedure 10(e) provides a remedy:

> **(e) Correction or Modification of the Record**
>
> (1) If any difference arises about whether the record truly discloses what occurred in the district court, the difference

> must be submitted to and settled by that court and the record conformed accordingly.
>
> (2) If anything material to either party is omitted from or misstated in the record by error or accident, the omission or misstatement may be corrected and a supplemental record may be certified and forwarded:
>
> (A) on stipulation of the parties;
>
> (B) by the district court before or after the record has been forwarded; or
>
> (C) by the court of appeals.

Fed. R. App. P. 10(e); see generally United States v. Morales-Madera, 352 F.3d 1, 10-12 (1st Cir. 2003); United States v. Rivera-Rosario, 300 F.3d 1, 9 (1st Cir. 2002); United States v. Bullard, 37 F.3d 765, 767 (1st Cir. 1994), cert. denied, 514 U.S. 1089 (1995).

The government's supplemental memorandum is clearly part of the record. See In Re Providence Journal Company, 293 F.3d 1, 12-13 (1st Cir. 2002). Absent special concerns, such memoranda ordinarily should be docketed and placed in the public file for the case. Id. There are no such concerns here. Moreover, there is no reason to treat the government's supplemental memorandum differently from the defense supplemental memorandum.

For the above reasons, this Court should grant the motion to supplement the record.

Respectfully submitted,

UNITED STATES OF AMERICA,

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

DONALD C. LOCKHART
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 19th of July, 2006, I served a copy of this objection, by first-class mail, postage prepaid to:

Edward C. Roy, Esq.
Federal Defender's Office
10 Weybosset Street, Suite 300
Providence, RI 02903