IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
v. : CR. NO. 05-119T
:
KENNY BARNES :

**GOVERNMENT'S RESPONSE TO DEFENDANT'S RENEWED MOTION TO SET BAIL**

The government rests on its response to Defendant's original Motion to Set Bail filed June 23, 2006.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

ZECHARIAH CHAFEE
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of July, 2006 a copy of the within Government's Response to Defendant's Renewed Motion to Set Bail, was mailed by regular mail, postage prepaid, to the following:

Edward C. Roy, Esq.
Federal Defender's Office
10 Weybosset Street, Suite 300
Providence, RI 02903