UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

July 26, 2006

Clerk of the Court
United States Court of Appeals
One Courthouse Way, Suite 2500
Boston, MA 02210

**RE: *CR05-119T USA v. Kenny Barnes***

Dear Clerk:

Enclosed you will find the Notice of Appeal, certified copies of related documents and a certified copy of the docket entries for the above entitled matter.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David DiMarzio
Clerk of Court

BY: Lucia Cristina Leyva
Lucia Cristina Leyva
DEPUTY CLERK

ENCLOSED: Appeal Cover Sheet; Notice of Appeal (original); Doc. #9 - Defendant's Motion to Suppress; Doc. #15 - Government's Objection to Motion to Suppress; Doc.# 25 - Memorandum and Order granting Defendant's Motion to Suppress signed by Judge Ernest C. Torres. Doc. # 32 - Certification by Government re Notice of Appeal (original); Cert. Copy of Docket.