UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 05-119-T |
| | ) | |
| KENNY BARNES, | ) | |
| Defendant. | ) | |

GOVERNMENT'S MOTION TO SUPPLEMENT THE RECORD

For the reasons stated in the accompanying memorandum of law, the government moves the Court to supplement the record, to include the supplemental memorandum that the government filed on February 23, 2006.

GRANTED
Ernest C. Torres
Chief, US District Judge
8/16/06

Respectfully submitted,

UNITED STATES OF AMERICA,

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

DONALD C. LOCKHART
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 19th of July, 2006, I served a copy of this objection, by first-class mail, postage prepaid to:

Edward C. Roy, Esq.
Federal Defender's Office
10 Weybosset Street, Suite 300
Providence, RI 02903

______________________