**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR05-119T** |
| | ) | |
| **KENNY BARNES** | ) | |

---

**DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE**

Now comes Kenny Barnes, the Defendant in the above captioned matter, and moves that this Honorable Court modify the place where the Defendant is released to for electronic monitoring. The Defendant can offer the Court two alternative places that he can reside so that he can be free on bail pending his appeal. The Court had directed the Defendant remain at home confinement at the house of Jennifer Berube in Johnston, Rhode Island. However, shortly after the Court's Order, Ms. Berube contacted Probation and defense counsel and indicated that she was being evicted from her apartment therefore, that address could not serve as a place for the Defendant to be released on bail. As an alternative, the Defendant would propose that he be released on bail to the home of Lawanda Abney, 61 Spring Street, 1st Floor Left, Lincoln, RI 02838 or, alternatively, Chantal Poux, 504 Border Street, Apt 5, East Boston, MA 02128. Defense counsel has already provided the Probation Office with the phone numbers for both of these persons. Defense counsel prays that this Honorable Court hold a hearing and direct that the Probation Office investigate the suitability of either location for the Defendant to be released to home confinement.

Respectfully submitted
Kenny Barnes
By his attorney,

/s/ Edward C. Roy #3405
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281 FAX 528-4285
edward_roy@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Zechariah Chafee, Assistant United States Attorney, and by hand-delivery to Charlene Tryhubczak, USPO on September 6, 2006.

/s/ Edward C. Roy