**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR. NO. 05-119T |
| | : | |
| KENNY BARNES | : | |

**GOVERNMENT'S MOTION FOR HEARING ON THE ISSUE OF DETECTIVE TURGEON'S REASONABLE SUSPICION**

The United States of America, by and through its undersigned attorney, respectfully submits this Motion for Hearing on the Issue of Detective Turgeon's Reasonable Suspicion. In support of this Motion, the government attaches its Memorandum of Law.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

/s/ ZECHARIAH CHAFEE
Zechariah Chafee
Assistant US Attorney
RI Bar #3364
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5002
zechariah.chafee@usdoj.gov

CERTIFICATE OF SERVICE

On this 2nd day of November, 2007, I caused the Within Motion For Hearing on the Issue of Detective Turgeon's Reasonable Suspicion, along with its accompanying memorandum, to be filed electronically and it is available for viewing and downloading from the ECF system.

Edward C. Roy
Assistant Federal Defender
10 Weybosset Street, Suite 300
Providence, Rhode Island 02903

/s/ ZECHARIAH CHAFEE
Zechariah Chafee
Assistant US Attorney
RI Bar #3364
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5002
zechariah.chafee@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR. No. 05-119T |
| | : | |
| KENNY BARNES | : | |

**GOVERNMENT'S MEMORANDUM IN SUPPORT OF ITS MOTION FOR HEARING ON THE ISSUE OF DETECTIVE TURGEON'S REASONABLE SUSPICION**

In the interest of giving the Court a running start when it receives the mandate from the Court of Appeals, the government moves for a hearing to provide additional evidence "to determine the issue of Turgeon's reasonable suspicion." United States v. Barnes, 2007 WL 3133807, p. 5 (CA 1).

At the hearing Detective Turgeon will testify that two different sources told him that Barnes "cheeked" his drugs. Source I was a regular informant for Detective Turgeon and was a drug user himself. He had worked with Turgeon for about two years preceding Barnes's arrest and had given information which had led to arrests and seizures of drugs. Two or three weeks before Barnes' arrest Source I told Detective Turgeon that he had recently bought small amounts of drugs from Barnes and had seen that Barnes cheeked his drugs. He knew that Barnes also sold large quantities of drugs and could get whatever type of drugs his customers wanted.

Source II was arrested after Woonsocket police searched his home and seized an ounce of crack. Source II was at the ACI after his arrest for the crack, and he asked to speak to the Woonsocket police. Detective Turgeon went out to the ACI where Source II gave a detailed statement about his drug dealing with Kenny Barnes. He told Turgeon facts that Turgeon knew to be true such as where Barnes lived, what kind of car he drove, and the identity of a friend of Barnes. Source II said that Barnes was his crack supplier and that he had seen that Barnes cheeked his drugs. Source II said that Barnes said he cheeked because uniformed police officers ("Blues," as they are known) did not pat down that place on the body during street encounters.

Detective Turgeon will testify that from his knowledge and experience as a narcotics detective it is common for drug dealers to hide their drugs, including marijuana, between their buttocks. Detective Turgeon will add that he knew that information back in August 2005 from regular confidential informants, from talking to drug arrestees, and through knowledge that some arrestees had been caught with drugs hidden there.

A hearing to develop these facts will make it clear that Detective Turgeon alone even without the collective knowledge rule had reasonable suspicion to look between Barnes's buttocks.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

/s/ ZECHARIAH CHAFEE
Zechariah Chafee
Assistant US Attorney
RI Bar #3364
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5002
zechariah.chafee@usdoj.gov

CERTIFICATE OF SERVICE

On this 2nd day of November, 2007, I caused the Within Memorandum of Law in Support of Its Motion For Hearing on the Issue of Detective Turgeon's Reasonable Suspicion, along with its accompanying memorandum, to be filed electronically and it is available for viewing and downloading from the ECF system.

Edward C. Roy
Assistant Federal Defender
10 Weybosset Street, Suite 300
Providence, Rhode Island 02903

/s/ ZECHARIAH CHAFEE
Zechariah Chafee
Assistant US Attorney
RI Bar #3364
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5002
zechariah.chafee@usdoj.gov