# United States Court of Appeals
## For the First Circuit

No. 06-2129

UNITED STATES OF AMERICA,

Appellant,

v.

KENNY BARNES,

Defendant, Appellee.

I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE AND IN MY LEGAL CUSTODY. FIRST CIRCUIT COURT OF APPEALS BOSTON, MA
By: SB Date: 10/29/07

**JUDGMENT**
Entered: October 29, 2007

This cause came on to be heard on appeal from the United States District Court for the District of Rhode Island and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court suppression order is vacated, and the matter is remanded for further proceedings consistent with the opinion issued this day.

By the Court:
Richard Cushing Donovan, Clerk

By: Julie Gregg, Operations Manager

[Certified copies to Hon. Ernest C. Torres and Mr. David Dimarzio, Clerk, United States District Court for the District of Rhode Island. Copies to Mr. Lockhart, Mr. Roy, & Ms. Mizner.]