UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : **CR05-119T**

KENNY BARNES :

MOTION TO ENLARGE TIME FOR FILING RESPONSE TO MOTION FOR HEARING

_____NOW comes the defendant, Kenny Barnes, and moves to enlarge the time for filing a response to the government's motion for hearing to allow the response to be filed on or before November 21, 2007. The government has no objection to this motion.

KENNY BARNES,
By his attorney,

/s/ Edward C. Roy, Esquire
EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
Edward_Roy@hotmail.com

CERTIFICATION

I hereby certify that I caused a copy of the within to be served upon Zechariah Chafee, AUSA on the 7th day of November, 2007.

/s/ Edward C. Roy, Esquire