UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR No. 05-119 T

KENNY BARNES :

MOTION FOR ISSUANCE OF SUBPOENA DUCES TECUM
FOR INTERNAL AFFAIRS FILE

NOW comes the defendant, Kenny Barnes, and moves for the issuance of a subpoena duces tecum for the internal affairs file maintained by the Woonsocket Police Department for Detective Daniel Turgeon. In support of this motion, the defendant states that:

1. This matter has been remanded by the United States Court of Appeals for the First Circuit for an additional hearing on knowledge possessed by Detective Turgeon concerning two confidential sources who allegedly provided information concerning Kenny Barnes' cheeking drugs.

2. Detective Turgeon's credibility is critical to the determinations that must be made by this court in light of the opinion of the First Circuit Court of Appeals.

3. The defendant seeks disclosure of any evidence of misconduct by Detective Turgeon that would be required to be disclosed pursuant to the decision of the United States Supreme Court in Giglio v. United States, 405 U.S. 150 (1972).

WHEREFORE, the defendant prays that this Honorable Court order the issuance of a subpoena duces tecum and that an in camera inspection be undertaken to examine the documents that are in the possession of the Woonsocket Police Department to determine if any of the documents are discoverable under Giglio v. United States, *supra*.

KENNY BARNES,
By his attorney,

/s/ Edward C. Roy, Esquire
EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
Edward_Roy@fd.org.

CERTIFICATION

I hereby certify that I caused a copy of the within to be served upon Zechariah Chafee, AUSA on the 21st day of November, 2007 by way of ECF case filing.

/s/ Edward C. Roy, Esquire