IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR. NO. 05-119T |
| | : | |
| KENNY BARNES | : | |

GOVERNMENT'S OBJECTION TO DEFENDANT'S
MOTION FOR ISSUANCE OF SUBPOENA FOR
DUCES TECUM FOR INTERNAL AFFAIRS

The United States of America, by and through its undersigned attorney, respectfully submits this Motion to object to defendant's Motion For Issuance of Subpoena For Duces Tecum For Internal Affairs. In support of this Motion, the government attaches its Memorandum of Law.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

/s/ ZECHARIAH CHAFEE
Zechariah Chafee
Assistant US Attorney
RI Bar #3364
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5002
zechariah.chafee@usdoj.gov

CERTIFICATE OF SERVICE

On this 26th day of November, 2007, I caused the Within Motion For Issuance of Subpoena Duces Tecum For Internal Affairs, along with its accompanying memorandum, to be filed electronically and it is available for viewing and downloading from the ECF system.

Edward C. Roy
Assistant Federal Defender
10 Weybosset Street, Suite 300
Providence, Rhode Island 02903

/s/ ZECHARIAH CHAFEE
Zechariah Chafee
Assistant US Attorney
RI Bar #3364
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5002
zechariah.chafee@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
v. : CR. NO. 05-119T
:
KENNY BARNES :

MEMORANDUM IN SUPPORT OF GOVERNMENT'S OBJECTION TO DEFENDANT'S MOTION FOR ISSUANCE OF SUBPOENA DUCES TECUM FOR INTERNAL AFFAIRS

Defendant's motion for a subpoena duces tecum is premature in that the case is still in the Court of Appeals and the District Court should not be making any rulings regarding the case until such time as the case is remanded to the District Court.

The government will respond further to this motion at such time as the case is remanded. In the meantime, the government will make inquiries regarding any Giglio material in the Woonsocket Police Department files.

For the foregoing reasons defendant's motion should be held in abeyance.

Respectfully submitted

UNITED STATES OF AMERICA
By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

ZECHARIAH CHAFEE
Assistant U.S. Attorney

# CERTIFICATE OF SERVICE

On this 26th day of November, 2007, I caused the Within Motion For Issuance of Subpoena Duces Tecum For Internal Affairs, along with its accompanying memorandum, to be filed electronically and it is available for viewing and downloading from the ECF system.

Edward C. Roy
Assistant Federal Defender
10 Weybosset Street, Suite 300
Providence, Rhode Island 02903

/s/ ZECHARIAH CHAFEE
Zechariah Chafee
Assistant US Attorney
RI Bar #3364
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5002
zechariah.chafee@usdoj.gov