CR05-119T

# United States Court of Appeals
## For the First Circuit

No. 06-2129

UNITED STATES OF AMERICA,

Appellant,

v.

KENNY BARNES,

Defendant, Appellee.

ERRATA SHEET

The opinion of this Court issued on October 29, 2007, is amended as follows:

On page 5, line 20 : "McCann" should be "McMann"

On page 6, line 1 : "McCann's" should be "McMann's"

OFFICE OF THE CLERK

# UNITED STATES COURT OF APPEALS

FOR THE FIRST CIRCUIT

RICHARD CUSHING DONOVAN
CLERK

UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2500
BOSTON, MA 02210
(617) 748-9057

RECEIVED

DEC 06 2007

Property of U.S. District Court
District of Rhode Island

November 30, 2007

**No. 06-2129, United States of America v. Kenny Barnes**

Dear Sir/Madam:

Please be advised that the opinion of the court released on October 29, 2007, has been modified and, or, corrected in the manner set forth in the attached "Errata". The modifications and, or, corrections should be included in all published or distributed copies of this opinion.

**Richard Cushing Donovan, Clerk.**

cc: Counsel of Record
West Publishing Company
Lexis-Nexis

cc: Case file.