UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. CR No. 05-119-T

KENNY BARNES

**Order Directing Government to Respond to Defendant's Motion for Subpoena duces tecum**

Since the Court of Appeals has now denied the defendant's petition for re-argument, the Government is hereby ordered to file a response, within 10 days of this Order, to the defendant's motion for issuance of a subpoena duces tecum.

IT IS SO ORDERED.

Ernest C. Torres
Sr. United States District Judge

Date: December 11, 2007