IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR No. 05-119T |
| | ) | |
| KENNY BARNES | ) | |

**GOVERNMENT'S OBJECTION TO DEFENDANT'S MOTION FOR A SUBPOENA DUCES TECUM**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Zechariah Chafee, Assistant U. S. Attorney, and objects to the defendant's Motion For A Subpoena Duces Tecum for those reasons stated in the accompanying memorandum.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys,

Robert Clark Corrente
United States Attorney

/s/ ZECHARIAH CHAFEE
Zechariah Chafee
Assistant US Attorney
RI Bar #3364
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5002
zechariah.chafee@usdoj.gov

**CERTIFICATE OF SERVICE**

On this 12th day of December, 2007, I caused the Within Government's Motion Objecting to Defendant's Motion for a Subpoena Duces Tecum, along with its accompanying memorandum, to be filed electronically and it is available for viewing and downloading from the ECF system.

Edward C. Roy
Assistant Federal Defender
10 Weybosset Street, Suite 300
Providence, Rhode Island 02903

/s/ ZECHARIAH CHAFEE
Zechariah Chafee
Assistant US Attorney
RI Bar #3364
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5002
zechariah.chafee@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Cr. No. 05-119T |
| v. | : | |
| | : | |
| KENNY BARNES | : | |

**GOVERNMENT'S MEMORANDUM IN SUPPORT OF IT'S OBJECTION TO DEFENDANT'S MOTION FOR A SUBPOENA DUCES TECUM**

Defendant's motion for a subpoena duces tecum for Detective Daniel Turgeon's personnel file is moot. Defendant wanted the personnel file produced for an in-camera inspection by the court for possible Giglio material, some unspecified entry in the police records that could be used to impeach the credibility of the detective.

On November 26, 2007, the government sent a letter to Chief Houle of the Woonsocket Police Department asking for any information in the personnel files of Daniel Turgeon that might reflect on his credibility. On November 28, 2007, this prosecutor received a fax from Lieutenant Turcotte of the Woonsocket Police force stating that he had reviewed the pertinent department records and files and stating that there is no Giglio material contained therein.

In view of this fact the government states that defendant's motion is moot and should be denied.

Respectfully submitted,

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

/s/ ZECHARIAH CHAFEE
Zechariah Chafee
Assistant US Attorney
RI Bar #3364
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5002
zechariah.chafee@usdoj.gov

**CERTIFICATE OF SERVICE**

On this 12th day of December, 2007, I caused the Within Government's Motion Objecting to Defendant's Motion for a Subpoena Duces Tecum, along with its accompanying memorandum, to be filed electronically and it is available for viewing and downloading from the ECF system.

Edward C. Roy
Assistant Federal Defender
10 Weybosset Street, Suite 300
Providence, Rhode Island 02903

/s/ ZECHARIAH CHAFEE
Zechariah Chafee
Assistant US Attorney
RI Bar #3364
U.S. Attorney’s Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5002
zechariah.chafee@usdoj.gov