# United States Court of Appeals
## For the First Circuit

---

No. 06-2129

UNITED STATES OF AMERICA,

Appellant,

v.

KENNY BARNES,

Defendant, Appellee.

---

**JUDGMENT**
Entered: October 29, 2007

This cause came on to be heard on appeal from the United States District Court for the District of Rhode Island and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court suppression order is vacated, and the matter is remanded for further proceedings consistent with the opinion issued this day.

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

**Deputy Clerk**

**Date:** 12/17/07

By the Court:
Richard Cushing Donovan, Clerk

By: Julie Gregg, Operations Manager

[Certified copies to Hon. Ernest C. Torres and Mr. David Dimarzio, Clerk, United States District Court for the District of Rhode Island. Copies to Mr. Lockhart, Mr. Roy, & Ms. Mizner.]