IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR No. 05-119T |
| | ) | |
| KENNY BARNES | ) | |

**GOVERNMENT'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF ITS' OBJECTION TO DEFENDANT'S MOTION FOR ISSUANCE OF A SUBPOENA FOR INTERNAL AFFAIRS RECORDS**

Defendant seeks the issuance of a subpoena for the Internal Affairs records of the Woonsocket Police Department for in camera review to determine whether there exists information which could be used to impeach the credibility of Detective Turgeon in the upcoming suppression hearing.

As the government has said in its earlier memorandum it requested that the Department review Turgeon's personnel file for Giglio material. The government has received written confirmation that this was done and that there is no such material in Turgeon's file.

Without setting forth any basis, defendant seeks review of the internal affairs records. This is a complete fishing expedition. Any finding of wrong-doing in an internal affairs investigation would also be reflected in the personnel file. There is no Giglio material in Detective Turgeon's personnel file.

Furthermore the court should look at U.S. v. Duval, 496 F3d 64, 75 (1st Cir. 2007) regarding fishing expeditions for Giglio material.

**CERTIFICATE OF SERVICE**

On this 8thth day of January, 2008, I caused the Within Government's Supplemental Memorandum in Support of Its' Objection to Defendant's Motion for Issuance of a Subpoena for Internal Affairs Records to be filed electronically and it is available for viewing and downloading from the ECF system.

Edward C. Roy
Assistant Federal Defender
10 Weybosset Street, Suite 300
Providence, Rhode Island 02903

/s/ ZECHARIAH CHAFEE
Zechariah Chafee
Assistant US Attorney
RI Bar #3364
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5052
zechariah.chafee@usdoj.gov