**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR05-119T** |
| | ) | |
| **KENNY BARNES** | ) | |

---

**DEFENDANT'S MOTION TO WITHDRAW MOTION FOR ISSUANCE OF SUBPOENA DUCES TECUM FOR INTERNAL AFFAIRS FILE**

Now comes Kenny Barnes, the Defendant in the above captioned matter, and moves that this Honorable Court withdraw his motion for issuance of subpoena duces tecum. In support of this motion, the defendant states that the Government has represented to defense counsel that after an examination of Detective Turgeon's internal affairs file there are no documents that constitute Giglio material.

Respectfully submitted
Kenny Barnes
By his attorney,

/s/ Edward C. Roy #3405
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281 FAX 528-4285
edward_roy@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Zechariah Chafee, Assistant United States Attorney, and Charlene Tryhubczak, USPO on January 16, 2008.

/s/ Edward C. Roy