UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR No. 05-119 T

KENNY BARNES :

MOTION FOR ISSUANCE OF SUBPOENA DUCES TECUM
FOR INTERNATIONAL BROTHERHOOD OF POLICE OFFICERS,
LOCAL 404

NOW comes the defendant, Kenny Barnes, and moves for the issuance of a subpoena duces tecum for all disciplinary files maintained by the International Brotherhood of Police Officers, Local 404 for Detective Daniel Turgeon. In support of this motion, the defendant states that:

1. This matter has been remanded by the United States Court of Appeals for the First Circuit for an additional hearing on knowledge possessed by Detective Turgeon concerning two confidential sources who allegedly provided information concerning Kenny Barnes' cheeking drugs.

2. Detective Turgeon's credibility is critical to the determinations that must be made by this court in light of the opinion of the First Circuit Court of Appeals.

3. The government has disclosed to defense counsel that Det. Turgeon has admitted that he was investigated by the Woonsocket Police Department for having an improper relationship with a woman. The investigation did not result in a finding of guilty, however, the existence of the investigation may have resulted in the disclosure of information that would be relevant to Detective Turgeon's credibility. For instance, the woman with whom he had an

improper relationship may have been an informant for the Police Department. It is possible that Detective Turgeon was on duty during the time of his “liasons” with this woman, a violation of his sworn duty as a police officer. The interests of justice require that the file be disclosed either to the parties or to the court for an *in camera* review.

4. The defendant seeks disclosure of any evidence of misconduct by Detective Turgeon that would be required to be disclosed pursuant to the decision of the United States Supreme Court in Giglio v. United States, 405 U.S. 150 (1972).

WHEREFORE, the defendant prays that this Honorable Court order the issuance of a subpoena duces tecum and that disclosure be made to the parties or an *in camera* inspection be undertaken to examine the documents that are in the possession of the Local 404 of the International Brotherhood of Police Officers to determine if any of the documents are discoverable under Giglio v. United States, *supra*.

KENNY BARNES,
By his attorney,

/s/ Edward C. Roy, Esquire
EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
Edward_Roy@fd.org.

CERTIFICATION

I hereby certify that I caused a copy of the within to be served upon Zechariah Chafee, AUSA on the 25th day of January, 2008 by way of ECF case filing and to Woonsocket City Solicitor Christopher Lambert, Esq. by facsimile and hand delivery.

/s/ Edward C. Roy, Esquire