**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | C.R. No. 05-119T |
| KENNY BARNES | ) | |

**ORDER DENYING DEFENDANT'S MOTION TO SUPPRESS PHYSICAL EVIDENCE**

Pursuant to the remand order by the First Circuit Court of Appeals, this court conducted a further evidentiary hearing on January 30, 2008. For reasons stated in open court, the defendant's motion to suppress the physical evidence is DENIED.

IT IS SO ORDERED:

Ernest C. Torres
Sr. U.S. District Judge
Date: 2/1 2008