**UNITED STATES DISTRICT COURT**
**IN THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR No.05-119T |
| | ) | |
| KENNY BARNES | ) | |

GOVERNMENT'S MOTION FOR THIRD POINT
REDUCTION IN OFFENSE LEVEL

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Zechariah Chafee, Assistant U. S. Attorney, and recommends that the Court calculate defendant's offense level with a third guideline point reduction in that defendant timely notified the government of his intention to plead guilty thereby permitting the government to avoid preparing for trial pursuant to U.S.S.G. § 3E1.1(b). This calculation had already been made in the Presentence Report per communication between the government and the Probation Officer.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys,
Robert Clark Corrente
United States Attorney

/s/ ZECHARIAH CHAFEE
ZECHARIAH CHAFEE
Assistant United States Attorney
RI Bar No. 3364
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
Tel: (401) 709-5000
Fax: (401) 709-5002
zechariah.chafee@usdoj.gov

**CERTIFICATION**

I hereby certify that on the 7th day of July, 2008, I electronically filed as well as served, a true copy of the Within Government's Motion for Third Point Reduction in Offense Level to:

Edward C. Roy, Esquire
Assistant Federal Defender
Office of the Federal Defender
10 Weybosset Street, Suite 300
Providence, Rhode Island 02903

/s/ ZECHARIAH CHAFEE
ZECHARIAH CHAFEE
Assistant United States Attorney
RI Bar No. 3364
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
Tel: (401) 709-5000
Fax: (401) 709-5002
zechariah.chafee@usdoj.gov