UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : Cr No. 05-119 T

KENNY BARNES :

DEFENDANT'S OBJECTIONS TO PRE-SENTENCE REPORT

______NOW comes the defendant, Kenny Barnes, and files the following objection to the Pre-Sentence Report.

Paragraph 30. Paragraph 30 of the PSR assigns one criminal history point for a conviction that took place when the defendant was 17 years old. The date of arrest was September 4, 1996. The date that the defendant was sentenced is January 30, 1997. Mr. Barnes was born on June 28, 1979. As a result, he would not turn 18 until June 28, 1997. Under the provisions of U.S.S.G. § 4A1.2(d)(2)(B), this juvenile conviction is not countable because the defendant was sentenced as a juvenile, not as an adult as required under Section 4A1.2(d)(2)(B).

Paragraph 31. Paragraph 31 of the PSR provides for one criminal history point as a result of a conviction imposed on January 30, 1997. The date of arrest was December 10, 1996. Mr. Barnes was born on June 28, 1979. As a result, he would not turn 18 until June 28, 1997. Under the provisions of U.S.S.G. § 4A1.2(d)(2)(B), this juvenile conviction is not countable because the defendant was sentenced as a juvenile, not as an adult as required under Section 4A1.2(d)(2)(B).

Although the defendant is assigned a criminal history category VI as a result of being a career offender, the elimination of the two convictions in paragraphs 30 and 31 would be important for consideration concerning the adequacy of the defendant's criminal history category.

KENNY BARNES,
By his attorney,

/s/ Edward C. Roy, Esquire
EDWARD C. ROY, ESQUIRE
ASSISTANT FEDERAL PUBLIC DEFENDER
10 WEYBOSSET STREET, SUITE 300
PROVIDENCE, RI 02903
(401) 528 - 4281
Edward_Roy@fd.org

CERTIFICATION

I hereby certify that I caused a copy of the within to be served upon Zechariah Chafee, AUSA on the 9th day of July, 2008 by way of ECF case filing and on Kristin Mattias, USPO.

/s/ Edward C. Roy, Esquire