UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR No. 05-119 T

KENNY BARNES :

MOTION TO CONTINUE SENTENCING

______NOW comes the defendant, Kenny Barnes, and moves to continue the sentencing in this matter presently scheduled for August 13, 2008 for an additional thirty (30) days. In support of this request, defense counsel is requesting the additional time to allow for further investigation of mitigating circumstances.

KENNY BARNES,
By his attorney,

/s/ EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
Edward_Roy@hotmail.com

**CERTIFICATION**

I hereby certify that I caused a copy of the within to be served upon Zechariah Chafee and Kristin Mattias, USPO on the 24th day of July, 2008 by way of electronic case filing.

/s/ Edward C. Roy, Esquire